# United States District Court
EASTERN DISTRICT OF WISCONSIN

SHANE A. SMITH,

        Plaintiff,

        **JUDGMENT IN A CIVIL CASE**

v.

        Case No. 05-C-0980

UNITED STATES OF AMERICA,

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

        **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's motion to dismiss is granted and the plaintiff's complaint and this action are dismissed.

        Approved:   /s/ William E. Callahan, Jr.
                                 WILLIAM E. CALLAHAN, JR.
                                 United States Magistrate Judge

Dated this <u>15th</u> day of November 2005, at Milwaukee, Wisconsin.

                                 SOFRON B. NEDILSKY
                                 Clerk

                                 s/ Rita Zvers
                                 Deputy Clerk